United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE IBEW/NECA SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST, IBEW NINTH DISTRICT PENSION TRUST, NORTHERN CALIFORNIA JOINT APPRENTICESHIP AND TRAINING TRUST, NORTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST, and THE NATIONAL ELECTRICAL BENEFIT TRUST; and DOUG LUNG AND GERALD PFEIFFER, TRUSTEES OF THE IBEW/NECA SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>NETVERSANT SOLUTIONS II LP, a Delaware partnership doing business in California,<br><br>Defendant. | Case No. C-14-00611-RMW<br><br>**ORDER RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

On December 12, 2014 the court held a hearing in this case on plaintiffs' motion for default judgment. Upon review of relevant civil enforcement statute, 29 U.S.C. § 1132(g)(2), it appears that plaintiffs may not receive liquidated damages in excess of 20 percent of the amount of *unpaid*

contributions. *See* 29 U.S.C. § 1132(g)(2)(C)(ii) (a court shall award "liquidated damages provided for under the plan in an amount not in excess of 20 percent . . . of the amount [of unpaid contributions under § 1132(g)(2)(A)].").

      The court understands plaintiff's requested liquidated damages to be equal to 10 percent of all contributions which were paid late, rather than those which are currently unpaid. Accordingly, the court requests that plaintiffs file within 10 days of this order a brief outlining the basis for their requested liquidated damages award and explaining how plaintiffs' request can be squared with the language of 29 U.S.C. § 1132(g)(2)(C)(ii).

Dated: December 12, 2014



RONALD M. WHYTE
United States District Judge